Lynette Gridiron Winston (#151003)
  lwinston@afrct.com
Melissa M. Coyle (#232775)
  mcoyle@afrct.com
Anglin, Flewelling, Rasmussen,
  Campbell & Trytten LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., fraudulently joined and sued as "Wells Fargo & Co." ("Wells Fargo")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO L. OMEGA and JUANITA T. OMEGA,<br><br>              Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO & CO.; and DOES 1-250, inclusive,<br><br>              Defendants. | Case No.:  3:11-CV-02621-JCS<br><br>[Assigned to the Honorable Joseph C. Spero, Courtroom ]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(A))**<br><br>Complaint Served:        May 16, 2011<br>Date Removed:             June 1, 2011<br>Current Response Date:  June 8, 2011<br>New Response Date:      June 22, 2011 |

TO THE CLERK AND THE HONORABLE JOSEPH C. SPERO, DISTRICT COURT MAGISTRATE:

   Plaintiffs Florencio L. Omega and Juanita T. Omega ("Plaintiffs") and defendant Wells Fargo Bank, N.A. successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB and fraudulently joined and sued as "Wells Fargo & Co." ("Wells Fargo") present the following stipulation extending the time for Wells Fargo to respond to plaintiffs' Complaint.

## STIPULATION

1. On or about May 13, 2011, plaintiffs filed their Complaint against Wells Fargo. Plaintiffs personally served Wells Fargo on May 16, 2011.

2. On or about June 1, 2011, Wells Fargo removed the case to the United States District Court, Northern District of California.

3. Wells Fargo's response to the Complaint is due on June 8, 2011.

4. The parties have agreed to an extension of two weeks, until June 22, 2011, for Wells Fargo to respond to the Complaint.

5. This is the parties' first request for an extension for Wells Fargo to respond to the Complaint.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 8, 2011      ANGLIN, FLEWELLING, RASMUSSEN,
　　　　　　　　　　　　　　CAMPBELL & TRYTTEN LLP

By: _/s/ Melissa M. Coyle_
　　　Melissa M. Coyle
　　　mcoyle@afrct.com
Attorneys for Defendant
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., fraudulently joined and sued as "Wells Fargo & Co."

Dated: June 8, 2011      HOLLAND LAW FIRM

By: _/s/ Cometria Cooper_
　　　Cometria Cooper
Attorneys for Plaintiffs Florencio L. Omega and Juanita T. Omega

Dated: June 9, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: C11-02621-JCS
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

     I, Melissa M. Coyle, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 8th day of June, 2011.

                                      */s/ Melissa M. Coyle*
                                      mcoyle@afrct.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(A))**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

*Attorneys for Plaintiff*

George Holland, Jr., Esq.
Holland Law Firm
1970 Broadway
Suite 1030
Oakland, CA 94612
*Tel: 510.465.4100*

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **June 8, 2011.**

| Teresa L. Zunino | /s/ Teresa L. Zunino |
|---|---|
| (Print name) | (Signature) |

*95451/000889/00170109-1         1         CASE NO. C11-02621-JCS
CERTIFICATE OF SERVICE