IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLORENCIO L. OMEGA, et al.,

    Plaintiffs,

v.

WELLS FARGO & CO., et al.,

    Defendants.

    /

No. C 11-02621 JSW

**ORDER TO SHOW CAUSE**

On June 22, 2011, Defendant filed a Motion to Dismiss and a Motion to Strike, which were originally noticed for a hearing on August 5, 2011. On July 7, 2011, after the case was reassigned to this Court, Defendant re-noticed the motion for hearing on August 12, 2011. However, pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's opposition brief was due fourteen (14) days after the motions were filed and served. Because this is an efiling case, Plaintiffs' opposition was due on Tuesday, July 6, 2011. *See* N.D. Civ. L.R. 7-7(d). Pursuant to Local Rule 7-3(c), Defendant's reply would be due seven days after Plaintiffs' opposition is filed and served. Plaintiffs have not filed an opposition brief to the motions.

Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE as to why this case should not be dismissed for failure to prosecute or why Defendants' motions should not be granted as unopposed. If Plaintiffs seek leave to file late opposition to Defendants' motions, they must demonstrate good cause to do so, and shall submit their proposed opposition brief with the response.

//

Plaintiffs' response to this Order to Show Cause shall be due by no later than July 15, 2011. If Plaintiffs fail to file a timely response, Plaintiffs are HEREBY ADVISED that the Court either shall dismiss this case without prejudice for failure to prosecute or shall rule on Defendant's motions, which also may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: July 8, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE