IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLORENCIO L. OMEGA, et al.,

    Plaintiffs,

v.

WELLS FARGO & CO., et al.,

    Defendants.

                                     /

No. C 11-02621 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR DEFENDANTS REPLY BRIEF**

      The Court has received and considered Plaintiffs' response to the Order to Show Cause issued on July 8, 2011, and shall discharge the Order to Show Cause without further action. However, the Court notes that although the Order reassigning this case vacated hearing dates, it did not state that briefing schedules also were vacated.

      Plaintiffs have submitted their opposition to Defendants' motions. The Court shall grant Defendants a brief extension of the time in which their replies would be due. Accordingly, Defendants shall file reply briefs by no later than July 25, 2011. The hearing date remains on calendar on August 12, 2011, pending further order of the Court.

      **IT IS SO ORDERED.**

Dated: July 19, 2011

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California