IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLORENCIO L. OMEGA, et al.,

    Plaintiffs,

  v.

WELLS FARGO & CO., et al.,

    Defendants.

No. C 11-02621 JSW

**ORDER STRIKING OVERSIZED BRIEF AND CONTINUING HEARING ON MOTION TO STRIKE**

On October 21, 2011, Defendants filed a motion to dismiss, which exceeds this Court's page limits for motions. *See* Standing Order ¶ 6. Defendants did not seek leave of court before filing an oversized brief. The Court HEREBY STRIKES the motion to dismiss for failure to comply with the Court's page limits. Defendants shall refile their motion to dismiss, and it shall not exceed 15 pages.

It is FURTHER ORDERED that the hearing on the Defendants' motion to strike is HEREBY CONTINUED to December 9, 2011. Plaintiff's opposition brief remains due on November 4, 2011, and Defendant's reply remains due on November 14, 2011. Defendants may notice the hearing on a re-filed motion to dismiss for December 9, 2011.

**IT IS SO ORDERED.**

Dated: October 24, 2011

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE