IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLORENCIO L. OMEGA, et al.,

    Plaintiffs,

v.

WELLS FARGO & CO., et al.,

    Defendants.

No. C 11-02621 JSW

**SECOND ORDER TO SHOW CAUSE**

On October 21, 2011, Defendants filed a motion to dismiss, which exceeded this Court's page limits for motions. On October 24, 2011, the Court issued an Order striking the motion and directing Defendants to re-file the motion, and to notice it for hearing on December 9, 2011. Defendants also filed a motion to strike, and on October 24, 2011, the Court continued that hearing to December 9, 2011. However, the Court ordered that the briefing schedule on the motion to strike remain unchanged, and that Plaintiffs' opposition brief to the motion to strike would be due on November 4, 2011, and Defendants' reply would be due on November 14, 2011. On October 24, 2011, Defendants re-filed their motion to dismiss, which is noticed for hearing on December 9, 2011. Under the local rules, Plaintiff's opposition brief was due on November 7, 2011.

Plaintiffs failed to file a timely opposition to either of Defendants' motions. This is the second time Plaintiffs have failed to file timely responses to motions to dismiss. (*See* Docket No. 20.) Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute.

If Plaintiffs seek leave to file a belated opposition brief to either motion, Plaintiffs must demonstrate good cause for their failure to do so, and they must submit their proposed opposition briefs with their response. Plaintiffs' response to this Order to Show Cause shall be due by no later than November 14, 2011. The time in which Defendants are required to file their reply briefs shall be extended, pending Plaintiffs' response to this Order.

If Plaintiffs fail to file a response to this Order to Show Cause on November 14, 2011, the Court shall dismiss this case without prejudice without further notice to Plaintiffs.

**IT IS SO ORDERED.**

Dated: November 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE