United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO L. OMEGA, et al., | No.  C 11-02621 JSW |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE AND SETTING HEARING ON PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| WELLS FARGO & CO., et al., | |
| Defendants. | |

Plaintiffs have filed an application for a Temporary Restraining Order, in which they seek to stop a trustee sale scheduled on February 9, 2012 at 12:30 p.m.  Although Plaintiffs take the position that the Court lacks subject matter jurisdiction over this action, they seek this relief, because a hearing on Plaintiffs' motion to remand is not scheduled until February 24, 2012. Thus, if the sale goes forward, it is possible that Plaintiffs' interest in the subject property will be impaired before this Court decides whether it has jurisdiction to hear this action or whether the action should be remanded to state court.

The Court HEREBY ORDERS Defendants to file an opposition to Plaintiffs' Ex Parte Application by no later than 4:00 p.m. on February 8, 2012.  The Court shall not require a reply from Plaintiffs.  The Court FURTHER ORDERS that the parties shall appear for a hearing on the application at **10:00 a.m.** on February 9, 2012.

In light of the fact that the hearing on Plaintiffs' motion to remand is scheduled for February 24, 2012, the Court exhorts the parties to agree to a postponement of the trustee sale until after that motion is to be heard and at a time that, if the Court were to determine it does not have jurisdiction over this case, would provide Plaintiffs with sufficient time to raise the issue before state Court.  If the parties come to such an agreement prior to tomorrow's hearing, they

United States District Court

For the Northern District of California

1  shall submit a stipulation and proposed Order to the Court modifying the briefing schedule and

2  continuing the hearing on the request for the Temporary Restraining Order.

3  **IT IS SO ORDERED.**

4  Dated: February 8, 2012

   _____
   JEFFREY S. WHITE
5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28