UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO L. OMEGA and JUANITA T. OMEGA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO BANK, N.A. and DOES 1-250, inclusive,<br><br>Defendants. | CASE NO.:  3:11-CV-02621-JSW<br><br>[Assigned to the Honorable Jeffrey S. White, Courtroom 11, 19th Floor]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' *EX PARTE* APPLICATION** |

Having read and considered the foregoing stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1.     The TRO hearing set for February 9, 2012 has been continued until February 24, 2012 at 9:00 a.m. in Courtroom 11 of the above Court.

2.     Wells Fargo's opposition must be filed and served no later than February 14, 2012. Plaintiff shall file a reply brief by February 17, 2012.

///

///

*ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP*

3.      Wells Fargo and its trustee shall not proceed with a foreclosure with respect to the subject property, located at 4825 Rose Way, Union City, California 94587 until on or after February 28, 2012.

DATED: ___February 8, 2012___ .        By: _____

                                             HON. JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP