IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO L. OMEGA, et al., | No. C 11-02621 JSW |
| Plaintiffs, | **SECOND ORDER RE MONETARY SANCTIONS** |
| v. | |
| WELLS FARGO & CO., et al., | |
| Defendants. / | |

On March 2, 2012, this Court issued an Order imposing monetary sanctions in the amount of $500.00 for Plaintiffs' failure to comply with a Court Order. The Court ordered Plaintiffs' counsel to pay these sanctions to the Clerk of the Court by no later than March 16, 2012. The Court has no record that Plaintiff's counsel has paid these sanctions.

According, the Court ORDERS to pay these sanctions by no later than March 26, 2012. If Plaintiff's counsel fails to pay the $500.00 by that date, the Court shall impose additional sanctions in the amount of $25.00 per day for every day beyond March 26, 2012, that Plaintiff fails to comply with this Order. Again, counsel shall not pass these costs along to Plaintiffs.

**IT IS SO ORDERED.**

Dated: March 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Finance Office