IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO L. OMEGA, et al., | No. C 11-02621 JSW |
| Plaintiffs, | **ORDER OF REFERRAL** |
| v. | |
| WELLS FARGO & CO., et al., | |
| Defendants. / | |

On April 5, 2012, Defendant Wells Fargo Bank, N.A. filed a Motion for Attorneys' Fees, which it noticed for hearing on June 1, 2012. The Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for the purposes of preparing a report and recommendation on the motion. *See* N.D. Civ. L.R. 72-1. The Court VACATES the June 1, 2012 hearing date, but HEREBY ORDERS that the briefing schedule shall remain unchanged. Plaintiff's opposition is due by no later than April 19, 2012, and Defendant's reply is due by no later than April 26, 2012.

If the parties have not received an assignment within fourteen days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: April 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk