IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO L. OMEGA, et al., | No. C 11-02621 JSW |
| Plaintiffs, | **ORDER RE REPORT AND RECOMMENDATION TO GRANT MOTION FOR ATTORNEYS' FEES AND ORDER TO PLAINTIFFS' COUNSEL TO SHOW CAUSE** |
| v. | |
| WELLS FARGO & CO., et al., | |
| Defendants. | |

This matter comes before the Court upon consideration of the Report and Recommendation to grant Defendant's motion for attorneys' fees, prepared by Magistrate Judge Laporte (the "Report"). The time for filing objections has passed, and no party has filed objections.

The Court has considered the Report, and the record in this case. The Court finds Judge Laporte's recommendation that the Court grant the motion to be well reasoned and thorough. Accordingly, the Court ADOPTS the report and GRANTS the motion for attorneys' fees. However, this Court also has concerns that Plaintiffs should not bear the entirety of the fee award. Accordingly, Plaintiffs' counsel is HEREBY ORDERED TO SHOW CAUSE why he should not bear a portion of the fee award pursuant to 28 U.S.C. section 1927. Plaintiffs' counsel's response to this Order to Show Cause shall be due by August 3, 2012. Plaintiffs' counsel need not repeat facts already presented to this Court, and he may incorporate prior filings by reference in his response. Plaintiffs' counsel also is cautioned that he should not use his response to the Order to Show Cause to filed belated objections to the Report.

If the Court believes a response from Defendant is warranted, it shall issue a further order requesting a reply brief.

After the Court has received and considered Plaintiffs' counsel's response and, if needed, a reply brief, the Court shall issue a final order on the Report.

**IT IS SO ORDERED.**

Dated: July 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE