**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO L. OMEGA, et al., | No. C 11-02621 JSW |
| Plaintiffs, | **FINAL ORDER RE REPORT AND RECOMMENDATION TO GRANT MOTION FOR ATTORNEYS' FEES AND ORDER TO PLAINTIFFS' COUNSEL TO SHOW CAUSE** |
| v. | |
| WELLS FARGO & CO., et al., | |
| Defendants. | |

On July 16, 2012, the Court issued an Order adopting the Report and Recommendation issued by Magistrate Judge Laporte, in which she recommended that the Court grant Defendants' motion for attorneys' fees. In that Order, the Court also directed Plaintiffs' counsel to show cause why he should not bear a portion of the fee award pursuant to 28 U.S.C. section 1927. The Court has received counsel's response, and it concludes a response from Defendants is not warranted. The Court shall not impose any further sanctions on Plaintiffs' counsel.

Accordingly, the Court adopts Magistrate Judge Laporte's Report and Recommendation in full, and it GRANTS Defendants' motion for attorneys' fees, and awards Defendants fees in the amount of $39,050.00. The Court shall issue an amended judgment.

**IT IS SO ORDERED.**

Dated: August 21, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE